# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

SANDRA LAURENTANO,

    Plaintiff,

v.                                            CASE NO.: 5:16-cv-00628-JSM-PRL

CENTRAL CREDIT SERVICES, LLC and
SYNCHRONY BANK,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** SANDRA LAURENTANO, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, SANDRA LAURENTANO, and Defendants, CENTRAL CREDIT SERVICES, LLC and SYNCHRONY BANK, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 15th day of December, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                  Respectfully submitted,

                                          */s/Heather H. Jones*
                                          Heather H. Jones, Esq.
                                          Florida Bar No. 0118974
                                          William "Billy" Peerce Howard, Esq.
                                          Florida Bar No. 0103330
                                          THE CONSUMER PROTECTION FIRM, PLLC
                                          210-A South MacDill Avenue
                                          Tampa, FL 33609
                                          Telephone: (813) 500-1500, ext. 205
                                          Facsimile: (813) 435-2369
                                          Heather@TheConsumerProtectionFirm.com
                                          Billy@TheConsumerProtectionFirm.com
                                          *Attorney for Plaintiff*